# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JOHNNY LONG,**

    **Plaintiff,**

v.                                              Case No.  8:04-cv-2042-T-30TBM

**GEORGE D. SARAVANOS, et al.,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE came before the Court on the parties' Joint Motion for Approval of Settlement (Dkt. # 21).  The Court, having reviewed the motion and the records of Plaintiff's attorney and expert, hereby APPROVES Plaintiff's request for attorney's fees, expert fees and costs in the amount of $5,000.00.

It is therefore ORDERED AND ADJUDGED that:

1. The parties' Joint Motion for Approval of Settlement (Dkt. #21) is GRANTED.
2. This Court approves payment by Defendant to Plaintiff of fees and costs in the amount of **$5,000.00**.
3. The Clerk is directed to close this file and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on June 7, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-2042..ADA atty fees.wpd